Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED ✓    LODGED ___
RECEIVED ___   COPY ___

JUN 1 4 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## _____ District of _____
## _____ Division

Jarrell M. Hills
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-  -see attached

Innovative Plastics West Corp.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **CV22-01027-PHX-MHB**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✓ Yes  ☐ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LR Civ P 5.4_
(Rule Number/Section)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jarrell Marquis Hills
Street Address: 9430 W. Monte Vista Rd.
City and County: Phoenix – Maricopa County
State and Zip Code: Arizona 85037
Telephone Number: 602-388-2457
E-mail Address: cowboie057@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

- Defendants -

① Innovative Plastics West Corporation.

② Janice Asaro
Innovative Plastics Corporation in New York.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Innovative Plastics West Corporation (West inserted, "West" after "Plastics" crossed out and replaced)
- Job or Title (if known): Job
- Street Address: 10199 W. Van Buren St. #12
- City and County: Tolleson - Maricopa
- State and Zip Code: Arizona 85353
- Telephone Number: 623-742-9999
- E-mail Address (if known):

Defendant No. 2
- Name: Janice Asaro
- Job or Title (if known): Innovative Plastics Corporations
- Street Address: 400 NY-303
- City and County: Orangeburg
- State and Zip Code: New York - 10962
- Telephone Number: 845-359-7500
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Jarrell M. Hills, is a citizen of the State of *(name)* Arizona.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, (name) ~~Smith's~~ Innovative Plastics West Corporation, is incorporated under the laws of the State of (name) Arizona, and has its principal place of business in the State of (name) Arizona.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

There is no telling when I'm able to return to work again. I have long-term, life-threatening injuries. I should be compensated in full amount.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was injured in the month of April 2019 while working at Innovative Plastics West Corporation. I notified 3 supervisors when the injury happened at work, the supervisors and HR Manager handed me worksman compensation paperwork to fill out and disability paperwork also to fill out.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I ask the court to order camera recordings for the entire month of April 2019 at Innovative Plastics West Corporation so I can prove that I'm not lying about my foot injury occurring there. The supervisor at the time of my injury were notified immediately also the HR Manager handed me worsk worksman comp/disability paperwork which I completed in a timely matter. Camera recordings for the entire month of April 2019 and June 2019

Page 4 of 5

The Defendants

2. B.
Janice Asaro
Innovative Plastics Corporation
New York, Arizona
New York, Arizona

III. Statement of Claim

When I was injured in the month of April 2019 at Innovative Plastics West Corporation, the "HR Manager" that was working their at the time (her name is Janice Asaro) she handed me worksman compensation/Disability paperwork to fill out so she can start my claim, so that I can get compensated for my work injury. Janice Asaro now works at Innovative Plastics Corporation in New York city and she can be reached at this number (845-359-7500) to verify that she handed me the worksman comp/disability paperwork to process this claim for me. "Janice Asaro" is aware of this claim because she was the one who handed and processed the worksman comp/disability paperwork so that I can be compensated for my work injury. HR Manager Janice Asaro ▓▓▓▓▓▓▓▓ phone number (845-359-7500) is the one who processed this claim for me to get compensated for my work injury.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-08-2022

Signature of Plaintiff: *Jarrell Hills*
Printed Name of Plaintiff: Jarrell Marquis Hills

**B.     For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address